E-FILED
Friday, 28 April, 2017   10:16:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA, ILLINOIS

| | |
|---|---|
| MILTON RHODES, JUSTINA M. MCLEMORE, MARK V. WATSON, JAMES AUSTIN, STEVEN W. MORRELL, CHERYL SCHULTZ, THOMAS S. MCCORMICK, KYLE D. YOUNG And BARRY L. EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>MITSUBISHI MOTOR MANUFACTURING OF AMERICA, INC.<br><br>Defendant. | Case No. 16-CV-1233<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS PURSUANT TO FRCP 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS

## PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) PLAINTIFFS, MILTON RHODES, JUSTINA M. MCLEMORE, MARK V. WATSON, JAMES AUSTIN, STEVEN W. MORRELL, CHERYL SCHULTZ, THOMAS S. MCCORMICK, KYLE D. YOUNG and BARRY L. EVANS, and their counsel, Costigan & Wollrab, P.C., hereby give notice that the above captioned action is voluntarily dismissed without prejudice against the Defendant, MITSUBISHI

MOTOR MANUFACTURING OF AMERICA, INC.

Dated this 28th day of April, 2017

                                  Respectfully submitted,

                                  Plaintiffs, MILTON RHODES, JUSTINA M. MCLEMORE, MARK V. WATSON, JAMES AUSTIN, STEVEN W. MORRELL, CHERYL SCHULTZ, THOMAS S. MCCORMICK, KYLE D. YOUNG and BARRY L. EVANS,

BY: s/Dawn L. Wall
Dawn L. Wall, Bar No. 6196948
Costigan & Wollrab, P.C
308 E. Washington Street
PO Box 3127
Bloomington, IL 61702-3127
TEL: 309-828-4310
FAX: 309-828-4325
dwall@cwlawoffice.com

## **CERTIFICATE OF SERVICE**

I, Dawn L. Wall, an attorney, hereby certify that on April 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

*s/Dawn L. Wall*
Dawn L. Wall

2